Ignacio Anaya RULAS, Petitioner,

v.

Alberto R. GONZALES,* Attorney General, Respondent.

No. 03–70478.
Agency No. A75–520–268.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.**

Decided May 12, 2005.

* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

937, 941 (9th Cir.2004). We therefore construe the petition for review as a petition for writ of habeas corpus under 28 U.S.C. § 2241 and transfer the petition to the United States District Court for the District of Nevada. *See id.* at 942; 28 U.S.C. § 1631. The district court should remand to the IJ for further proceedings. *See Molina–Camacho,* 393 F.3d at 942 n. 4. Upon transfer, Rulas may make any necessary amendments to perfect the form of the petition.

**TRANSFERRED.**

Ignacio Anaya Rulas, North Las Vegas, NV, pro se.

Regional Counsel, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, Robbin K. Blaya, San Francisco, CA, Don G. Scroggin, Margot L. Nadel, Washington, DC, for Respondent.

**Eldorado PITTS, Petitioner—Appellant,**

v.

**Ernie ROE, Warden, Respondent—Appellee.**

No. 01–57250.

D.C. No. CV–01–00361–GAF(SH).

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 9, 2005.

Decided May 12, 2005.

Before PREGERSON, CANBY, and THOMAS, Circuit Judges.

### MEMORANDUM***

Ignacio Anaya Rulas, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") decision reversing an immigration judge's decision to grant cancellation of removal and ordering Rulas to depart voluntarily within thirty days. Because the BIA had no authority to issue an order removing Rulas, we lack jurisdiction to consider Rulas' petition for review. *See Molina–Camacho v. Ashcroft,* 393 F.3d

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.